UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RONALD L. BASKETT, | ) | CASE NO. C06-0266-RSL-MAT |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING § 1983 ACTION |
| KENNETH QUINN, | ) | |
| Defendant. | ) | |

On March 13, 2006, the court granted plaintiff leave to file an amended complaint in this civil rights action brought under 42 U.S.C. § 1983. (Doc. #8). The court directed plaintiff to file an amended complaint no later than April 11, 2006. (*Id*.) The court warned plaintiff that failure to file an amended complaint by that date would result in a dismissal of his complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted. (*Id*.) As of the date of the current Order, plaintiff has not filed an amended complaint nor sought an extension of time in which to do so. Accordingly, the court does hereby find and ORDER as follows:

(1) The complaint and this § 1983 action are DISMISSED without prejudice for

ORDER DISMISSING § 1983 ACTION
PAGE -1

failure to comply with an Order of this court and for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). This dismissal shall count as a "strike" under 28 U.S.C. § 1915(g).

      (2)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 17th day of April, 2006.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

Recommended for Entry
this  17th  day of April, 2006.

s/ Mary Alice Theiler
United States Magistrate Judge

ORDER DISMISSING § 1983 ACTION
PAGE -2